Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

### DISTRICT OF MINNESOTA

United States v. Tathony M. Brown

Docket No. 0864 0:19CR00247-001(PAM)

### Amended Petition on Supervised Release

COMES NOW **Reginale B. Hall**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Tathony M. Brown** who was sentenced in the Eastern District of Missouri for Felon in Possession of a Firearm on May 4, 2017, by the Honorable Ronnie L. White, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

**Updated information will appear in bold**

- Participate in substance abuse programming
- Participate in mental health treatment program
- Participate in educational programming
- Submit to search
- No Adverse Action-Marijuana use (Modified October 8, 2019)
- **Residential Reentry Center (Pretrial Release condition added December 18, 2019)**
- **Location Monitoring (Pretrial Release condition modified January 7, 2020)**

On October 22, 2019, Jurisdiction was transferred from the Eastern District of Missouri to the District of Minnesota and assigned to Your Honor.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

> MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On November 19, 2019, the defendant was charged in Hennepin County District Court, Minneapolis, Minnesota, with Theft-Take/Drive Motor Vehicle-No Owner Consent (Felony), Possession of Burglary or Theft Tools (Felony), and Fleeing a Peace Officer in a Motor Vehicle (Felony) (Docket No. 27-CR-19-28619).

**UPDATED INFORMATION:**

**On May 11, 2020, the defendant pled guilty to Fleeing a Peace Officer in a Motor Vehicle (Felony). The felony offense of Fleeing a Peace Officer in a Motor Vehicle was reduced to a gross misdemeanor. The charges of Theft-Take/Drive Motor Vehicle-No Owner Consent (Felony), and Possession of Burglary or Theft Tools (Felony) were dismissed (Docket No. 27-CR-19-28619). The defendant 122 days in local custody for this conviction. By way of an affidavit submitted to the Court by his attorney, the defendant admitted that his conviction**

CASE 0:19-cr-00247-PAM   Doc. 37   Filed 05/18/20   Page 2 of 2

| Amended Petition on Supervised Release | RE: **Tathony M. Brown** |
|---|---|
| Page 2 | Docket No. 0864 0:19CR00247-001(PAM) |

**on the above charge violates his supervised release and all parties involved agree on a resolution.**

PRAYING THAT THE COURT WILL ORDER that the defendant's supervised release be revoked, that he be sentenced to a custody term of time served, and placed on supervised release until the original expiration date of August 1, 2021, under all previously ordered conditions of supervised release.

ORDER OF THE COURT

Considered and ordered this ____18th____ day of __May, 2020__, and ordered filed and made a part of the records in the above case.

s/ Paul A. Magnuson
Honorable Paul A. Magnuson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ *Reginale B. Hall*
Reginale B. Hall
Supervising U.S. Probation Officer
Telephone: 612-664-5407

Executed on   May 15, 2020
Place         Minneapolis

Approved:

s/ Darren F. Kerns
Darren F. Kerns
Assistant Deputy Chief U.S. Probation Officer