IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## INITIAL APPEARANCE - REVOCATION

| | |
|---|---|
| United States of America, | COURT MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: Tony N. Leung |
| | U.S. MAGISTRATE JUDGE |
| v. | |
| Tathony M. Brown, | Case No: 19-cr-247 PAM |
| | Date: September 6, 2022 |
| | Courthouse: Minneapolis |
| Defendant. | Courtroom: 9W |
| | Time Commenced: 2:05 p.m. |
| | Time Concluded: 2:14 p.m. |
| | Time in Court: 9 minutes |

APPEARANCES:

Plaintiff: David Genrich, Assistant U.S. Attorney
Defendant: Jean Brandl, Assistant Federal Public Defender
    X FPD        X To be appointed

Date Charges Filed: 3/9/2021 and 3/17/2021    Offense: failure to appear at a final revocation hearing; new charge; failure to participate in educational services as instructed

X Advised of Rights

on    X Order of the Court- Failure to Appear  and  Violation of X Supervised Release

X Government moves for detention.
Motion is X granted, temporary detention ordered

Next appearance date is Thursday, September 8, 2022 at 11:30 a.m. before U.S. Magistrate Judge Tony N. Leung in CR9W, Minneapolis for:
   X Detention hrg        X Preliminary revocation

And

Next appearance date is Wednesday, October 5, 2022 at 11:00 a.m. before U.S. District Judge Paul A. Magnuson in CR7D, St. Paul for:
   X Final Revocation


Additional Information:
X Oral Rule5(f) Brady notice read on the record.

Mr. Brown notes his desire to be relocated to another facility.

                                                                    s/ SAE
                                                    Signature of Courtroom Deputy